# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00286-CV

### In re Jessica Marklund Johansson

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

 

_____

Karin Crump, Justice

Before Justices Triana, Crump, and Ellis

Filed: April 14, 2026